■ In the Matter of WALTER J. CARL, JR., as Attorney-in-Fact for EVELYN CARL, Appellant, v PATRICIA COLLINS et al., Constituting the Zoning Board of Appeals of the Village of Hammondsport, Respondents.—Judgment unanimously affirmed without costs. Memorandum: In this CPLR article 78 proceeding to annul a determination of the Zoning Board of Appeals of the Village of Hammondsport denying petitioner's request for an area variance, Supreme Court properly denied the application. Petitioner failed to establish either significant economic hardship or practical difficulty (see, Matter of Cowan v Kern, 41 NY2d 591, 596-597, rearg denied 42 NY2d 910). Moreover, it is clear from the facts surrounding the purchase of the property that any hardship was self-imposed and willingly assumed (see, Matter of Cowan v Kern, supra, at 597). The conclusion of the Zoning Board of Appeals was, therefore, not illegal, arbitrary or an abuse of discretion (see, Matter of Orchard Michael, Inc. v Falcon, 65 NY2d 1007, 1009). Thus viewed, it is unnecessary to consider whether the Zoning Board of Appeals met its burden to show that the public health, safety and welfare would be served by upholding the area standards (see, Matter of Overhill Bldg. Co. v Delany, 28 NY2d 449, 454). (Appeal from judgment of Supreme Court, Steuben County, Scudder, J.—art 78.) Present—Dillon, P. J., Denman, Green, Pine and Balio, JJ.

■ GERALDINE M. PULVER, Respondent, v DAVID PULVER, Appellant.—Order unanimously affirmed without costs. Memorandum: Special Term properly confirmed a distributive award made in a prior divorce decree. The court made extensive findings of fact and conclusions of law and considered all the relevant statutory factors (see, Domestic Relations Law § 236 [B] [1] [b]; [5] [d]). The manner of distributing marital property is committed to the discretion of the trial court (Majauskas v Majauskas, 61 NY2d 481). On this record there was no abuse of that discretion. (Appeal from order of Supreme Court, Monroe County, Patlow, J.—vacate judgment of divorce.) Present—Dillon, P. J., Denman, Green, Pine and Balio, JJ.